AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
The COURAGEOUS, a 44-foot Mark-I sailing vessel ) Case No. 2:20-mj-00107-JCN
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Maine____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The COURAGEOUS, a 44-foot Mark-I sailing vessel displaying "44ST8702" on the centerline of its stern, which constitutes evidence, fruits and instrumentalities of a crime within the meaning of Fed.R.Crim.P. 41(c), and which is subject to seizure pursuant to 18 U.S.C. Section 981(b)(civil) and 21 U.S.C. Section 853(f)(criminal) and forfeiture pursuant to 18 U.S.C. Sections 981(a)(1)(C), 666, and 1343, 21 U.S.C. Section 953 and 28 U.S.C. Section 2461.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____06/25/2020____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to ____HONORABLE JOHN C. NIVISON____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Jun 11, 2020, 11:35 am    _____
                                                 *Judge's signature*

City and state:    Bangor, Maine           John C Nivison  U.S. Magistrate Judge
                                                 *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-00107-JCN | June 16, 2020, at 9:29 a.m. | Joshua C. Frances |

**Inventory made in the presence of:**
Special Agent Sara B. Albert, Defense Criminal Investigative Service

**Inventory of the property taken:**

The COURAGEOUS, a 44-foot Mark-I sailing vessel displaying "44ST8702" on the centerline of its stern.

The vessel has had its mast removed and has been wrapped for protection from the weather/elements.

The vessel was located at Royal River Boat Yard (RRBY), Yarmouth, ME.

The USMS has entered into a contract to store the seized vessel at the RRBY.

Consolidated Asset Tracking Number : 20-DCI-000098.

A copy of the warrant was provided to Joshua C. Frances while he was at his residence in Falmouth, ME.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 16, 2020

*Executing officer's signature*

Special Agent Michael L. Ryan, DHS-OIG

*Printed name and title*